# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Re: Search Warrant for Information Associated with aiden.davidsonn@gmail.com That is Stored at Premises Controlled by Google | Case No. __18-mj-57-01-DL__<br><br>Filed Under Seal |

## MOTION TO SEAL ENTIRE MATTER
## RELATED TO APPLICATION FOR SEARCH WARRANT

The United States of America respectfully moves to seal the entire matter related to the Application for a Search Warrant, including any Search Warrant that may issue and the resulting return in the above-captioned case at Level II for 180 days, to expire on September 19, 2018.

These documents contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation and endanger witnesses. Specifically, the supporting affidavit reveals that investigators have access to and have obtained information from email communications about criminal activity. If the targets of this investigation prematurely learn that investigators had access to those email communications, they may destroy evidence, change their patterns of behavior, and take other measure to avoid apprehension and prosecution.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Dated:

By:  /s/ John S. Davis_____
John S. Davis
Assistant United States Attorney
New Hampshire Bar No. 592
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH   03301
(603) 225-1552
john.davis8@usdoj.gov

Motion    ☒ Granted    ☐ Denied

Daniel J. Lynch
United States Magistrate Judge
Date, March 23, 2018